UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Jay Connor,<br><br>　　　　Plaintiff,<br><br>　　Vs.<br><br>Brookstone Funding Inc. and Kevin Pacheco<br><br>Individually<br><br>　　　　Defendants. | C/A No: 2:25-cv-371-JD-MGB<br><br>**PLAINTIFF'S MOTION FOR EXTENION OF TIME TO SERVE DEFENDANTS** |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS

　　Plaintiff, Jay Connor *pro se*, hereby respectfully moves this Honorable Court for an additional sixty (60) days to serve the Defendants pursuant to FRCP 6(b)(1)(A). On January 21, 2025, Plaintiff filed the Complaint. On February 19, 2025 the Court issued Summons for Brookestone Funding, Inc. and Kevin Pacehco individually with service due by May 20, 2025.

　　Plaintiff has had difficulty identifying a valid address for service on the Defendants. Upon information and belief, the registered agent information listed for Brookestone Funding with the New York Secretary of State is no longer valid, and Brookestone is no longer located at the physical address listed on its website. Plaintiff has also not identified a valid address for Kevin Pacheco.

Dated: May 20, 2025

**SIGNATURE ON FOLLOWING PAGE**

*[signature]*

Jay C. Connor, *Pro Se*
215 East Bay Street 201-F
Charleston, SC 29401
Tel: 843-557-5724 (Residential)
Fax: 843-913-8357
jayc650@hush.com