UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Jay Connor,<br><br>    Plaintiff,<br><br>Vs.<br><br>Brookstone Funding Inc. and Kevin Pacheco<br><br>Individually<br><br>    Defendants. | C/A No: 2:25-cv-371-JD-MGB |

### [PROPOSED] ORDER

**AND NOW,** upon review of Plaintiff Jay Connor's Motion for Extension of Time to Serve Defendants for sixty (60) days, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**; and the new service due date is July 21, 2025.

**SO ORDERED,** this_____ day of _____ 2025.

BY THE COURT:

_____

MARY GORDON BAKER

UNITED STATES MAGISTRATE JUDGE